UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR55-C

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | <u>INDICTMENT</u> |
| DAVID PHAM NGUYEN (6) | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to DAVID NGUYEN only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: October 13, 2006

_____
Robert J. Conrad, Jr.
Chief United States District Judge